time of the passage of the act. License holders not being required to submit to an examination, may lawfully pursue their calling of veterinary surgery and medicine. The accused comes within the excepted class and, in our opinion, he did not violate the law in pursuing his calling of veterinary surgery and medicine.

In view of said holding it follows that the accused was improperly convicted and the judgment of the lower court is ordered reversed and plaintiff in error is ordered discharged.

Vickery, PJ., and Sullivan, J., concur.

## NEW YORK CENTRAL RY CO v P U C

Ohio Supreme Court
No 21772. Decided Dec. 11, 1929

Marshal, CJ., Kinkade, Robinson, Jones, Day and Allen, JJ., concur.

## GOODALL v DETERS

Ohio Supreme Court
No 21689. Decided Dec. 11, 1929

Marshall, CJ., Robinson, Jones, Matthias, Day and Allen, JJ., concur.

## BELDING v STATE ex HEIFNER

Ohio Supreme Court
No 21964. Decided Dec. 11, 1929

Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

## MADDEN, Exr v SHALLENBERGER et

Ohio Supreme Court
No 21630. Decided Dec. 18, 1929

